# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 20-21721-CIV-WILLIAMS/TORRES

FUNDAMENTAL INNOVATION
SYSTEMS INTERNATIONAL LLC,

      Plaintiff,

v.

BLU PRODUCTS, INC.,

      Defendant.
_____/

### PLAINTIFF FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC'S, NOTICE OF FILING RETURN OF SERVICE AND AFFIDAVIT OF SERVICE OF PROCESS ON DEFENDANT BLU PRODUCTS, INC.

Plaintiff Fundamental Innovation Systems International LLC, hereby gives notice of filing the return of service and affidavit of service of process on Defendant Blu Products, Inc. The return/affidavit of service together with a copy of the summons are attached as composite Exhibit A.

Dated: May 5, 2020

Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn, Esq.
Fla. Bar No.: 501281
Email: jmunn@rascoklock.com
**RASCO KLOCK PEREZ & NIETO, P.L.**
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7101
Facsimile: 305.476.7102
*Counsel for Plaintiff Fundamental Innovation Services International LLC*

*AND*

Edward J. DeFranco (pro hac vice motion to be filed)
eddefranco@quinnemanuel.com
Brian B. Biddinger (pro hac vice motion to be filed)
brianbiddinger@quinnemanuel.com
Joseph Milowic (pro hac vice motion to be filed)
josephmilowic@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212.849.7000
Facsimile: 212.849.7100

*AND*

Kevin P.B. Johnson (pro hac vice motion to be filed)
kevinjohnson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

***Counsel for Plaintiff Fundamental Innovation Systems International LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed and served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on *pro se* parties who could not be served through CM/ECF, who are identified below in the manner of service so specified:

**Via First Class U.S. Mail**

Defendant Blu Products, Inc. by
serving its President and Secretary
Mr. Samuel Ohev-Zion
10814 NW 33rd Street
Suite 100
Doral, Fl 33172

**Via First Class U.S. Mail and Courtesy Email (begozi@egozilaw.com)**

Defendant Blu Products, Inc. by
serving its Registered Agent
Bernard L. Egozi, Esq.
Egozi & Bennett P A
2999 NE 191st Street, Suite 407
Aventura, FL 33180-3116

                                                                                      s/ Janet T. Munn
                                                                                      Janet T. Munn