UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 20-21721-CIV-WILLIAMS/TORRES

FUNDAMENTAL INNOVATION
SYSTEMS INTERNATIONAL LLC,

      Plaintiff,

v.

BLU PRODUCTS, INC.,

      Defendant.
_____/

**JOINT MOTION AND MEMORANDUM OF LAW OF
THE PARTIES FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Fundamental Innovation Systems International LLC ("Fundamental") and Defendant BLU Products, Inc. ("BLU") pursuant to Federal Rule of Civil Procedure 26(c)(1), hereby move for entry of a Protective Order governing the discovery in this case.

**MEMORANDUM OF LAW**

The Parties have stipulated that good cause exists for entry of a protective order to facilitate discovery in the above-captioned litigation and to prevent unauthorized disclosure and use of the parties' trade secrets and other confidential information during and after the course of this patent litigation. The Parties negotiated the terms of a proposed Protective Order and reached agreement on all terms.

The Court has authority pursuant to Federal Rule of Civil Procedure 26(c)(1) to enter a Protective Order to facilitate discovery in such a manner that the Parties' trade secret and other

1

confidential information is protected from unauthorized disclosure and use both during and after this litigation. Fed. R. Civ. P. 26(c)(1).

## CONCLUSION

On the basis of the foregoing, the Parties respectfully request that the Court grant their Motion for Entry of a Protective Order. The Parties' agreed-upon form of a proposed Protective Order is attached as Exhibit A. The proposed Protective Order has been submitted to the Court in Word format via electronic mail.

Dated: July 16, 2020

Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn, Esq.
Fla. Bar No.: 501281
Email: jmunn@rascoklock.com
**RASCO KLOCK PEREZ
& NIETO, P.L.**
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7101
Facsimile: 305.476.7102

*Counsel for Plaintiff Fundamental Innovation Systems International LLC*

*AND*

s/ Edward J. DeFranco
Edward J. DeFranco*
eddefranco@quinnemanuel.com
Brian P. Biddinger*
brianbiddinger@quinnemanuel.com
Joseph Milowic*
josephmilowic@quinnemanuel.com
**QUINN EMANUEL URQUHART
& SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212.849.7000
Facsimile: 212.849.7100

s/ Bernard L. Egozi
Bernard L. Egozi
Fla. Bar No.: 152544
Email: begozi@egozilaw.com
Yanina Zilberman
Fla. Bar No.: 105665
Email: yanina@egozilaw.com
**EGOZI & BENNETT, P.A.**
2999 NE 191 Street, Suite 407
Aventura, Fl 33180
Telephone: 305.931.3000

*Counsel for Defendant Blu Products, Inc.*

Kevin P.B. Johnson*
**QUINN EMANUEL URQUHART
& SULLIVAN LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100
kevinjohnson@quinnemanuel.com

*\*Admitted Pro Hac Vice*

*Counsel for Plaintiff Fundamental Innovation Systems International LLC*